IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                          *    CASE NO. 23-03241-ESL
                                *
RIC F. MALIK                    *    CHAPTER 7
                                *
     Debtor(s).                 *
                                *
------------------------------

### RESPONSE TO MOTION TO COMPEL [44]

TO THE HONORABLE ENRIQUE S. LAMOUTTE, US BANKRUPTCY JUDGE:

NOW COME(S), debtor(s), through his(their) undersigned attorney and respectfully state(s) as follows:

1.   The undersigned attorney has a very active state and federal criminal practice which generates substantial amounts of emails and in person hearings throughout the various judiciary regions of Puerto Rico, and the islands of St. Thomas and St. Croix.
2.   Movant has also filed an adversary case 24-15-ESL related to the same issues raised in this core case.
3.   To avoid duplicate discovery efforts, it is suggested to this Honorable Court that discovery be limited to one case, the adversary one.
4.   If the court rules otherwise, then an extension of time of 14 days is requested to comply with the discovery requests.
5.   Also, the undersigned attorney requests that due to unrelated security reasons his email had to be changed, and the PACER account updated for this court's CM/ECF platform and that this Honorable court note the change of his email address as stated below.

WHEREFORE, debtor(s) through his(their) undersigned attorney respectfully request(s) that for the above stated reasons this Honorable Court note what is stated above and grant the suggested extension of time.

Respectfully submitted in Carolina, Puerto Rico, on November 21, 2024.

## CERTIFICATE OF SERVICE, P.R. LBR 9013-3

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court uploading the same using the CM/ECF System which will send notification of such filing to all parties of record registered in the use of the CM/ECF system.

**FREDERIC CHARDON DUBOS LAW OFFICE**

s/Frederic Chardon Dubos
Frederic Chardon Dubos, Esq.
USDC-PR 201601
P.O. Box 1797
Carolina, Puerto Rico, 00984-1797
Tel. (787) 908-2476
Email fcdlaw2025@outlook.com
Attorney for Debtor(s)