IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>RIC F MALIK<br><br><br>xx-xx-1283<br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br>Chapter 7<br><br><br><br><br>FILED & ENTERED ON NOV/22/2024 |

ORDER

    The motion filed by Debtor (Docket Entry #45) is hereby granted. The court grants debtor an extension of fourteen (14) days to comply with the discovery requests made by parties in interest Warren Wolf and Earl Geertgens. The clerk shall review and note debtor's counsel's information regarding the PACER account. However, the court declines at this juncture to limit discovery to only one case.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 22 day of November, 2024.

Enrique S. Lamoutte
United States Bankruptcy Judge