# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE: **RIC F MALIK** **xxx–xx–1283** Debtor(s) | Case No. **23–03241 ESL** Chapter **7** FILED & ENTERED ON 12/3/24 |

## *ORDER*

The motion filed by Debtor requesting extension of time to comply with discovery (docket #48) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, December 3, 2024.

Enrique S. Lamoutte
United States Bankruptcy Judge