**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 23-03241 | ESL | Judge: | ENRIQUE S. LAMOUTTE INCLAN | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RIC F MALIK | | | | Date Filed (f) or Converted (c): | 10/06/2023 (f) |
| | | | | | 341(a) Meeting Date: | 11/01/2023 |
| For Period Ending: | 12/31/2024 | | | | Claims Bar Date: | 12/15/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 327 Delaware Avenue Riverside Nj 08075-4315 Burlington | 213,750.00 | 213,750.00 | | 0.00 | 213,750.00 |
| 2. 2011 Ford Escape Mileage: 110,000 | 6,000.00 | 4,450.00 | | 0.00 | 6,000.00 |
| 3. Lazy Boy Recliner | 100.00 | 0.00 | | 0.00 | 100.00 |
| 4. Dell Desktop Computer | 250.00 | 0.00 | | 0.00 | 250.00 |
| 5. 12' Kayak | 400.00 | 0.00 | | 0.00 | 400.00 |
| 6. Nordictrak | 300.00 | 0.00 | | 0.00 | 300.00 |
| 7. Work Ad Other Clothes | 250.00 | 0.00 | | 0.00 | 250.00 |
| 8. Wedding Band | 100.00 | 0.00 | | 0.00 | 100.00 |
| 9. Eye Glassess | 500.00 | 0.00 | | 0.00 | 500.00 |
| 10. Cash | 500.00 | 0.00 | | 0.00 | 500.00 |
| 11. Banco Popular X0060 | 600.00 | 0.00 | | 0.00 | 600.00 |
| 12. Tools | 2,000.00 | 0.00 | | 0.00 | 2,000.00 |
| 13. | Unknown | 0.00 | | 0.00 | 0.00 |
| 14. | Unknown | 0.00 | | 0.00 | 0.00 |
| 15. | Unknown | 0.00 | | 0.00 | 0.00 |
| 16. | Unknown | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $224,750.00        $218,200.00        $0.00        $224,750.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DECEMBER 31, 2024

Pending legal matters- Adversary #24-00015 for objection to discharge- pending Court resolution

Initial Projected Date of Final Report (TFR): 12/31/2025     Current Projected Date of Final Report (TFR): 12/31/2025

Trustee Signature:     /s/ WIGBERTO LUGO-MENDER, TRUSTEE     Date: 01/31/2025

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787)707-0404
wlugo@ecf.epiqsystems.com