IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>RIC F MALIK<br><br>xx-xx-1283<br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON FEB/19/2025 |

ORDER TO SHOW CAUSE

Debtor shall show cause within fourteen (14) days why the case should not be dismissed for failure to comply with this court's order granting an extension of time to comply with creditors Earl Geertgens and Tama Geertgens' discovery request (dkt. #44, 46, 49). Upon failure to timely reply, an order dismissing this case may be entered.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of February, 2025.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge