*RECEIVED AND FILED*
*PRO SE UPLOAD TOOL*
*02/24/2025 - 9:59 AM*
*USBC*
*(WRT)*

Ric Malik of full age duly sworn according to law hereby deposes and says:

1. I am the Debtor in this matter and make this Affidavit based upon facts within my personal knowledge.

2. The discovery that was requested by the Creditors from me, after a search and due diligence, was hand delivered to the office of Warren Wolf, Esquire on February 21, 2025.

3. I attach hereto as Exhibit 1 an executed acknowledgment of service in connection with my discovery responses.

4. I attach hereto as Exhibit 2 and executed acknowledgment of service in connection with the 2015 Ford Truck Title.

5. I therefore respectfully request that the Order to Show Cause be considered complied with.

6. I respectfully request that my Chapter 7 case be allowed to proceed.

I hereby certify the foregoing statements made by me are true. I understand that if any of the foregoing statements made by are willfully false, I am subject to punishment.

Dated: 2/21, 2025

Ric Malik

Sworn to and subscribed before me this 21 day of February, 2025

Notary Public

MICHAEL GIANNINI
Commission # 50228029
Notary Public, State of New Jersey
My Commission Expires
November 25, 2029

**Warren Wolf**
Goldberg & Wolf, LLC
1949 Berlin Rd, Suite 201
Cherry Hill, NJ 08003

Service of Ric Malik's response to Creditor's Discovery Requests dated 2/23/24 are hereby acknowledge this  21st  day of  February , 2025

By: _Kathleen Thomas_



EXHIBIT
1

Service of the annexed Ford Truck Title is hereby acknowledge this __21st__ day of __February__, 2025.

Dated: __2/21/2025__  By: __Kathy Thomen__

