IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>RIC F MALIK<br><br>xx-xx-1283<br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br>Chapter 7<br><br><br><br><br>FILED & ENTERED ON FEB/25/2025 |
|---|---|

ORDER

Warren Wolf, Earl Geertgens, and the Chapter 7 Trustee are to state position within twenty-one (21) days as to Debtor's answer to order filed on February 24, 2025 (Docket Entry #55).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25 day of February, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge