Ric F. Malik
756 Vieques, PR 00765
ricmalik3@gmail.com
787-530-7799
3/4/2025

RECEIVED AND FILED
PRO SE UPLOAD TOOL
03/04/2025 - 8:36 AM
USBC
(WRT)

United States Bankruptcy Court
District of Puerto Rico
Jose V. Toledo Federal Building & U.S. Courthouse
300 Recinto Sur Street, Suite 109
San Juan, PR 00901-1964

Re: Case No. 23-03241-ESL7
Debtor: Ric F. Malik

Subject: Confirmation of Compliance with Discovery Requests

To the Honorable Enrique S. Lamoutte, United States Bankruptcy Judge,

I, Ric F. Malik, the debtor in the above-referenced Chapter 7 case, respectfully submit this letter to confirm my full compliance with the discovery requests made by creditors and to request that my case be allowed to proceed without further delay.

1. On **February 21, 2025**, I hand-delivered all requested discovery documents to **Warren Wolf, Esq.**, counsel for the opposing parties.
2. I included in **Docket Entry #55**:
   - **Exhibit 1**: Acknowledgment of service for my responses to the discovery requests.
   - **Exhibit 2**: Acknowledgment of service for the 2015 Ford Truck title.
3. As such, I have fully complied with all outstanding discovery obligations.

Given my timely compliance, I respectfully request that the court dismiss any further objections or delays from the creditors regarding discovery and allow my Chapter 7 case to proceed as scheduled.

I appreciate the Court's attention to this matter and remain available should any additional clarification be required.

Sincerely,
Ric F. Malik

756

Vieques, PR 00765

ricmalik3@gmail.com

787-530-7799