Ric F. Malik
756 Vieques, PR 00765
ricmalik3@gmail.com
787-530-7799
3/4/2025

**RECEIVED AND FILED
PRO SE UPLOAD TOOL
03/04/2025 - 1:00 PM
USBC
(WRT)**

United States Bankruptcy Court
District of Puerto Rico
Jose V. Toledo Federal Building & U.S. Courthouse
300 Recinto Sur Street, Suite 109
San Juan, PR 00901-1964

Re: Case No. 23-03241-ESL7
Debtor: Ric F. Malik

# NOTICE OF PRO SE REPRESENTATION AND MOTION TO WITHDRAW FORMER COUNSEL

TO THE HONORABLE ENRIQUE S. LAMOUTTE, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, the Debtor, **Ric F. Malik**, and respectfully submits this **Notice of Pro Se Representation** and **Motion to Withdraw Former Counsel**, and in support thereof states as follows:

## 1. Notice of Pro Se Representation

1. The undersigned Debtor, **Ric F. Malik**, hereby provides formal notice to this Court that he is **now proceeding pro se (self-represented)** in the above-captioned case.
2. Debtor requests that all future notices, filings, and communications regarding this case be directed to him at the contact information listed above.
3. Debtor also requests that the Clerk of the Court update the case docket to reflect his pro se status.

## 2. Motion to Withdraw Former Counsel

4. The Debtor's former attorney, **Frederic Chardon Dubos, Esq.**, has not been able to actively represent the Debtor in this case due to his engagement in a high-priority criminal matter.
5. Due to his current workload, Attorney Chardon Dubos has not been responsive to recent communications regarding the Debtor's Chapter 7 proceedings.
6. The Debtor requests that the Court recognize his **pro se status while reserving the right to consult with Attorney Chardon Dubos in the future** should the need arise.
7. The Debtor is actively seeking **new legal counsel who can dedicate more time to this matter** and assist in efficiently resolving the case to remove it from the Court's heavy docket.
8. Pursuant to **Local Bankruptcy Rule 9010-1(d)(3**, the Debtor moves this Court to formally acknowledge his pro se representation and allow Attorney Chardon Dubos to be withdrawn from active representation.

## 3. Request for Relief

WHEREFORE, the Debtor respectfully requests that this Honorable Court:

A. **Recognize the Debtor as a pro se litigant** and update the case docket accordingly;

B. **Withdraw former counsel Frederic Chardon Dubos, Esq. from active representation**, while allowing future consultation if needed; and

C. Grant any other relief the Court deems just and proper.

RESPECTFULLY SUBMITTED this 3/4/2025.

Ric F. Malik
756 Vieques, PR 00765
ricmalik3@gmail.com
787-530-7799
**Pro Se Debtor**