Ric F. Malik
756 Vieques, PR 00765
ricmalik3@gmail.com
787-530-7799
3/4/2025

**RECEIVED AND FILED
PRO SE UPLOAD TOOL
03/04/2025 - 2:09 PM
USBC
(WRT)**

United States Bankruptcy Court
District of Puerto Rico
Jose V. Toledo Federal Building & U.S. Courthouse
300 Recinto Sur Street, Suite 109
San Juan, PR 00901-1964

**Re: Case No. 23-03241-ESL7**
**Debtor: Ric F. Malik**

**MOTION TO VACATE ORDER TO SHOW CAUSE (DOCKET #53)**

**TO THE HONORABLE ENRIQUE S. LAMOUTTE, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, the Debtor, **Ric F. Malik,** appearing **pro se**, and respectfully moves this Court to **vacate and dismiss** the Order to Show Cause entered on **February 19, 2025 (Docket #53),** and in support thereof states as follows:

## 1. Background

1. On **February 19, 2025,** this Court entered an **Order to Show Cause** (Docket #53), directing the Debtor to explain why the case should not be dismissed for alleged failure to comply with discovery obligations outlined in Docket Entries **#44, #46, and #49.**
2. The Debtor has since fully complied with the Court's directives and creditor discovery requests, rendering the Order to Show Cause moot.

## 2. Compliance with Discovery Obligations

3. On **February 21, 2025,** the Debtor **hand-delivered** all requested discovery documents to **Warren Wolf, Esq.,** counsel for the opposing parties.
4. On **February 24, 2025,** the Debtor filed **Docket Entry #55,** which included:
   - **Exhibit 1:** Acknowledgment of service for Debtor's discovery responses.
   - **Exhibit 2:** Acknowledgment of service for the 2015 Ford Truck title.
5. As evidenced by **Docket Entry #55,** the Debtor has fully complied with all outstanding discovery obligations referenced in the Order to Show Cause.

## 3. Legal Basis for Vacating the Order to Show Cause

6. A court may vacate an Order to Show Cause when the underlying issues have been resolved and compliance has been demonstrated. See **In re Torres, 117 B.R. 379 (Bankr. D.P.R. 1990).**
7. The issuance of an Order to Show Cause was based on an alleged failure to comply; however, since compliance has been satisfied and documented, the basis for the order no longer exists.

8. Allowing the Order to Show Cause to remain active would result in **unnecessary delays** in the administration of the Debtor's Chapter 7 case.

## 4. Request for Relief

WHEREFORE, the Debtor respectfully requests that this Honorable Court:

A. **VACATE AND DISMISS** the Order to Show Cause issued on **February 19, 2025 (Docket #53);** and

B. Grant any other relief the Court deems just and proper.

RESPECTFULLY SUBMITTED this 3/4/2025.

Ric F. Malik
756 Vieques, PR 00765
ricmalik3@gmail.com
787-530-7799
**Pro Se Debtor**