IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>RIC F MALIK<br><br><br><br>xx-xx-1283<br><br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br>Chapter 7<br><br><br><br><br><br><br>FILED & ENTERED ON MAR/05/2025 |
|---|---|

ORDER

    Attorney Frederic Chardon Dubos is to state his position within fourteen (14) days as to Debtor's motion resigning legal representation filed on March 4, 2025 (Docket Entry #59).

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 5 day of March, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge