IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>RIC F MALIK<br><br><br>xx-xx-1283<br><br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br>Chapter 7<br><br><br><br><br>FILED & ENTERED ON MAR/05/2025 |
|---|---|

ORDER

Warren Wolf, Earl Geertgens, and the Chapter 7 Trustee to state position to state his position within twenty-one (21) days as Debtor's motion to vacate order ro show cause filed on March 4, 2025 (Docket Entry #61).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5 day of March, 2025.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge