United States Bankruptcy Court

District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 23-03241-ESL |
| RIC F MALIK | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 05, 2025 | Form ID: pdf002 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 07, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Creditor Earl Geertgens cpg@go-law.com  yalfonseca@go-law.com |
| FREDERIC CHARDON DUBOS | on behalf of Counter-Claimant RIC F MALIK fcdlaw2025@outlook.com fcdlaw2020@gmail.com;chardon-dubos.fredericb115451@notify.bestcase.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| SARAH M VEGA BONILLA | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MCLP Asset Company Inc. svega@martineztorreslaw.com santosezdocs@gmail.com;ecruz@martineztorreslaw.com;ezdocsatty1@gmail.com;jrico@martineztorreslaw.com;rmelendez@martineztorreslaw.com |
| WIGBERTO LUGO MENDER | trustee@lugomender.com  wlugo@ecf.axosfs.com |
| Warren Wolf | on behalf of Creditor Earl Geertgens wwolf@goldbergwolf.com |

| District/off: 0104-3 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 05, 2025 | Form ID: pdf002 | Total Noticed: 1 |

TOTAL: 6

```
              IN THE UNITED STATES BANKRUPTCY COURT FOR
                      THE DISTRICT OF PUERTO RICO
```

| IN RE: | CASE NO. 23-03241-ESL7 |
|---|---|
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON MAR/05/2025 |

ORDER

Warren Wolf, Earl Geertgens, and the Chapter 7 Trustee to state position to state his position within twenty-one (21) days as Debtor's motion to vacate order ro show cause filed on March 4, 2025 (Docket Entry #61).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5 day of March, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge