**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| In Re: | |
|---|---|
| **RIC F. MALIK.,** | Case No. 23-03241-ESL7 |
| | Chapter 7 |
| Debtor. | |

### GEERTGENS' LIMITED OPPOSITION TO CONDITION DEBTOR'S MOTION TO TERMINATE HIS ATTORNEY AND PROCEED PRO SE

**TO THE HONORABLE COURT**:

COMES NOW, unsecured creditors Earl Geertgens and Tama Geertgens ("ETG"), represented by the undersigned legal counsel, and respectfully state as follows:

1. ETG does not oppose Debtor's Motion to Terminate his Attorney and Proceed Pro Se (Docket No. 59) ("Motion") provided the Debtor provides current contact information, serves any papers he files in accordance with the Court Rules and clarifies whether he will also be proceeding in the related Adversary Proceeding No. 24-00015-ESL Pro Se too.

2. The Debtor's Motion contains a different mailing address than in his petition.

3. As a condition to allowing the Debtor to proceed pro se, the Debtor should certify to this Court his current mailing address and current email address.

4. As an additional condition to allowing the Debtor to proceed pro se, the Debtor should be ordered to stop serving papers on ETG directly and only serve papers upon their attorneys. Fed.R.Bankr. P. 7005 incorporating Fed.R.Civ.P. 5(b)(1).

5. The Debtor should also specify whether he seeks to proceed Pro Se on the Adversary proceedings too, unless the Court will require the Debtor file a separate motion in the Adversary proceeding to terminate his counsel in that action.

WHEREFORE, ETG respectfully requests the Court order the Debtor to (1) certify his current

mailing and email addresses; (2) stop serving ETG instead of ETG's counsel with any papers he seeks to serve on ETG and (3) clarify whether this Motion also seeks to authorize the Debtor to proceed Pro Se in the Adversary Proceeding too or just his Case as conditions to allowing him to proceed Pro Se.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this day of March 18th, 2025.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional 3 days pursuant to F.R.B.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by U.S. First class mail this 18th day of March 2025, to debtor, RIC F. MALIK, at PO BOX 756, VIEQUES, PR 00765-0756 and to his counsel at his email of record, FREDERIC CHARDON DUBOS, Esq. at fcdlaw2020@gmail.com; and with the Clerk of the Court using the CM/ECF System, which will send notification to the CM/ECF participants.

**O'NEILL & GILMORE LAW OFFICE, LLC**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Fax: 787/620-0671
Email: cpg@go-law.com

By: s/Charles P. Gilmore
Charles P. Gilmore, Esq.
USDC No. 209614

**GOLDBERG & WOLF, LLC**
1949 Berlin Road, Suite 201
Cherry Hill, New Jersey 08003
Phone: 856-651-1600
Fax: 856-651-1615
Email: wwolf@goldbergwolf.com

By: s/Warren S. Wolf
Warren S. Wolf, Esq.
Co-counsel admitted Pro Hoc Vice