UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

**EARL GEERTGENS & TAMA GEERTGENS,**
Plaintiffs,

v.

CASE NO.: 23-03241-ESL7
ADVERSARY PROCEEDING NO.: 24-00015-ESL
CHAPTER 7

RECEIVED AND FILED
PRO SE UPLOAD TOOL
03/18/2025 - 01:54 PM
USBC
(WRT)

## CERTIFICATION OF DEFENDANT IN SUPPORT OF RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

I, **Ric F. Malik**, the Defendant in the above-captioned case, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I have reviewed the **Responses and Objections to the Plaintiffs' Request for Production of Documents** submitted on my behalf.

2. To the best of my knowledge, information, and belief, the responses contained therein are **true and correct**.

3. I have made a diligent search for the requested documents in my **possession, custody, or control** and have provided all available responsive documents.

4. I assert that I do not have possession, custody, or control over the documents identified in my objections and denials.

5. If additional responsive documents are discovered, I will supplement my responses in accordance with the applicable rules.

6. I understand that making false statements or misrepresentations in this certification is subject to penalties.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____    Dated: 3/17/25

Ric F. Malik
s/Frederic Chardon Dubos
**Frederic Chardon Dubos, Esq.**
USDC-PR 201601
P.O. Box 1797
Carolina, Puerto Rico 00984-1797
Tel. (787) 908-2476 Email: fcdlaw2025@outlook.com
Attorney for Defendant

E Mailed +
CMRR -