IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON MAR/27/2025 |

ORDER

The motion filed by Earl Geertgens and Tama Geertgens (Docket Entry #67) is hereby granted. The court holds in abeyance Debtor's motion to proceed pro se (dkt. #59) until after the Debtor complies with the following within fourteen (14) days:

1. Debtor shall clarify whether he will also be proceeding pro se in the related Adversary Proceeding No. 24-00015-ESL.

2. Debtor shall certify to this court his current mailing and electronic address.

Also, the Debtor is hereby ordered to stop serving papers on ETG directly and only serve papers upon their attorneys. The court notes that attorney Frederic Chardon Dubos has failed to comply with this court's order of March 5, 2025 (dkt. #62).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27 day of March, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge