IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 23-03241-ESL7 |
|---|---|
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON MAR/27/2025 |

ORDER

Creditors Earl Geertgens, and Tama Geertgens to state position within fourteen (14) days as to Debtor's certification of defendant in support of responses to request for production of documents filed on March 18, 2025 (Docket Entry #71).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27 day of March, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge