United States Bankruptcy Court

District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 23-03241-ESL |
| RIC F MALIK | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf002 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Creditor Earl Geertgens cpg@go-law.com  yalfonseca@go-law.com |
| FREDERIC CHARDON DUBOS | on behalf of Counter-Claimant RIC F MALIK fcdlaw2025@outlook.com fcdlaw2020@gmail.com;chardon-dubos.fredericb115451@notify.bestcase.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| SARAH M VEGA BONILLA | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MCLP Asset Company Inc. svega@martineztorreslaw.com santosezdocs@gmail.com;ecruz@martineztorreslaw.com;ezdocsatty1@gmail.com;jrico@martineztorreslaw.com;rmelendez@martineztorreslaw.com |
| WIGBERTO LUGO MENDER | trustee@lugomender.com  wlugo@ecf.axosfs.com |
| Warren Wolf | on behalf of Creditor Earl Geertgens wwolf@goldbergwolf.com |

District/off: 0104-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 27, 2025 | Form ID: pdf002 | Total Noticed: 1
TOTAL: 6

```
                 IN THE UNITED STATES BANKRUPTCY COURT FOR
                         THE DISTRICT OF PUERTO RICO

 IN RE:                             CASE NO. 23-03241-ESL7
 RIC F MALIK                        Chapter 7



 xx-xx-1283


           Debtor(s)                    FILED & ENTERED ON MAR/27/2025
```

ORDER

The motion filed by Earl Geertgens and Tama Geertgens (Docket Entry #67) is hereby granted. The court holds in abeyance Debtor's motion to proceed pro se (dkt. #59) until after the Debtor complies with the following within fourteen (14) days:

1. Debtor shall clarify whether he will also be proceeding pro se in the related Adversary Proceeding No. 24-00015-ESL.

2. Debtor shall certify to this court his current mailing and electronic address.

Also, the Debtor is hereby ordered to stop serving papers on ETG directly and only serve papers upon their attorneys. The court notes that attorney Frederic Chardon Dubos has failed to comply with this court's order of March 5, 2025 (dkt. #62).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27 day of March, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge