UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

RECEIVED AND FILED
PRO SE UPLOAD TOOL
04/10/2025 - 03:16 PM
USBC
(WRT)

IN RE:
RIC F. MALIK,
Debtor

CASE NO. 23-03241-ESL7
Chapter 7

## DEBTOR'S COMPLIANCE WITH ORDER REGARDING PRO SE REPRESENTATION

NOW COMES the Debtor, **Ric F. Malik**, pro se, and in compliance with the Court's Order entered on March 27, 2025 (Dkt. #72), respectfully states the following:

1. **Pro Se Representation in Adversary Proceeding No. 24-00015-ESL:**
   I hereby notify the Court that I will also be proceeding **pro se** in the related Adversary Proceeding No. 24-00015-ESL.

2. **Certification of Mailing and Electronic Contact Information:**
   My current mailing and electronic contact information is as follows:
   - **Name:** Ric F. Malik
   - **Mailing Address:** PO Box 756, Vieques, PR 00765
   - **Email Address:** ricmalik3@gmail.com
   - **Phone Number:** (787) 530-7799

3. I further acknowledge the Court's directive that **no filings or service** upon Creditors Earl and Tama Geertgens will be made directly to them, but rather to **their attorneys of record only**.

4. I further reserve the right to consult with and/or be represented by **Javire Vilarino, Esq.**, at a future date.

Respectfully submitted this 10th day of April, 2025.

Ric F. Malik
Pro Se Debtor
PO Box 756
Vieques, PR 00765
Email: ricmalik3@gmail.com
Phone: (787) 530-7799