RECEIVED AND FILED
PRO SE UPLOAD TOOL
04/21/2025 - 04:24 PM
USBC
(WRT)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
RIC F. MALIK                                    Case No. 23-03241-ESL7
Debtor                                          Chapter 7

## CERTIFICATE OF SERVICE
(Master Exhibit List – Filed Separately)

I, Ric F. Malik, pro se Debtor in the above-captioned case, hereby certify that on April 21, 2025, I caused a true and correct copy of the:

**DEBTOR'S MASTER EXHIBIT LIST**

to be served via the CM/ECF system upon all parties receiving electronic notice, including:

- **Warren Wolf, Esq.**
  Goldberg & Wolf, LLC
  1949 Berlin Rd, Suite 201
  Cherry Hill, NJ 08003
  Email: wwolf@goldbergwolf.com

- **Wigberto Lugo-Mender, Trustee**
  100 Carr. 165, Suite 501
  Guaynabo, PR 00968-8052
  Email: trustee@lugomender.com

- **U.S. Trustee for Region 21**
  Office of the United States Trustee
  Ochoa Building
  500 Tanca Street, Suite 301
  San Juan, PR 00901-1922
  Email: ustpregion21.hr.ecf@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2025
/s/ Ric F. Malik
Ric F. Malik, Pro Se Debtor
756 Vieques, PR 00765
Email: ricmalik3@gmail.com
Phone: 787-530-7799