IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> RIC F MALIK <br><br> xx-xx-1283 <br><br> Debtor(s) | CASE NO. 23-03241-ESL7 <br> Chapter 7 <br><br><br><br> FILED & ENTERED ON APR/22/2025 |

ORDER

The Chapter 7 trustee, U. S. Trustee, and Geertgens to state position within fourteen (14) days as to Debtor's motion to seal document filed on April 16, 2025 (Docket Entry #83).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22 day of April, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge