IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON APR/22/2025 |

ORDER

The Debtor and Frederic Chardon to state position within fourteen (14) days as to Earl Geertgens, Tama Geertgens's motion to strike document or leave to file reply filed on April 17, 2025 (Docket Entry #85).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22 day of April, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge