## CERTIFICATE OF SERVICE

I, **Ric F. Malik**, hereby certify that on this **22nd day of April, 2025**, I caused a true and correct copy of the:

> **Supplemental Motion to Declare State Court Orders Void and Reinforce Enforcement of Automatic Stay Pursuant to 11 U.S.C. § 362**, including all referenced Exhibits (CC, DD, EE),

to be served via the **CM/ECF electronic filing system** on all participants receiving notice through that system, and by email or U.S. Mail to the following parties not receiving CM/ECF notification:

**Via Email:**

Karen Murray, Esq.
Attorney for Earl and Tama Geertgens
[Insert email if known – or leave blank if none]

Warren S. Wolf, Esq.
Goldberg & Wolf, LLC
Email: wwolf@goldbergwolf.com

Frederic Chardon Dubos, Esq. (former counsel of record)
Email: fcdlaw2020@gmail.com

*RECEIVED AND FILED
PRO SE UPLOAD TOOL
04/22/2025 - 12:26 PM
USBC
(WRT)*

**Via CM/ECF:**

Wigberto Lugo-Mender
Chapter 7 Trustee
Email: trustee@lugomender.com

Office of the United States Trustee
Ochoa Building
500 Tanca Street, Suite 301
San Juan, PR 00901-1922
(automatically served via CM/ECF)

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2025
/s/ **Ric F. Malik**
**Ric F. Malik, Pro Se Debtor**
P.O. Box 756
Vieques, PR 00765
ricmalik3@gmail.com
787-530-7799