*RECEIVED AND FILED*
*PRO SE UPLOAD TOOL*
*04/23/2025 - 03:40 PM*
*USBC*
*(WRT)*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
RIC F. MALIK,　　　　　　　　　　CASE NO. 23-03241-ESL7
Debtor　　　　　　　　　　　　　　Chapter 7

---

CERTIFICATION OF COMPLIANCE WITH ORDER AT DOCKET NO. 72

TO THE HONORABLE COURT:

COMES NOW the Debtor, RIC F. MALIK, appearing pro se, and respectfully submits this Certification in response to the Order entered at Docket No. 72, and states:

1. I hereby confirm and certify that I am proceeding **pro se** in both:
   - The main Chapter 7 bankruptcy case, Case No. 23-03241-ESL7, and
   - The related Adversary Proceeding, Adversary No. 24-00015-ESL.

2. I further certify to the Court that my current mailing and electronic contact information is as follows:

**Mailing Address:**
Ric F. Malik
P.O. Box 756
Vieques, Puerto Rico 00765-0756

**Email Address:**
ricmalik3@gmail.com

**Phone Number:**
(787) 530-7799

3. I acknowledge the Court's directive to cease serving documents directly on Earl and Tama Geertgens, and confirm that I will serve all future documents only upon their counsel of record, in compliance with the Court's orders.

RESPECTFULLY SUBMITTED.

In Vieques, Puerto Rico, this 22 day of April, 2025.

_____
Ric F. Malik, Pro Se
P.O. Box 756
Vieques, PR 00765
Email: ricmalik3@gmail.com
Phone: (787) 530-7799