UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*PRO SE UPLOAD TOOL*
*04/23/2025 - 03:44 PM*
*USBC*
*(WRT)*

IN RE:
RIC F. MALIK,  CASE NO. 23-03241-ESL7
Debtor  Chapter 7

_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of April, 2025, I caused a true and correct copy of the:

**"CERTIFICATION OF COMPLIANCE WITH ORDER AT DOCKET NO. 72"**

to be served via **United States First Class Mail**, postage prepaid, upon the following parties:

- **Warren S. Wolf, Esq.**
  Goldberg & Wolf, LLC
  1949 Berlin Road, Suite 201
  Cherry Hill, NJ 08003

- **Charles P. Gilmore, Esq.**
  O'Neill & Gilmore Law Office, LLC
  City Towers, Suite 1701
  252 Ponce de León Avenue
  San Juan, PR 00918

I further certify that a copy was also submitted to the Clerk of the U.S. Bankruptcy Court for the District of Puerto Rico, either electronically via CM/ECF (if permitted) or by U.S. Mail at:

- **Clerk of the Court**
  U.S. Bankruptcy Court
  District of Puerto Rico
  José V. Toledo Federal Building and U.S. Courthouse
  300 Recinto Sur Street, Room 109
  San Juan, PR 00901

RESPECTFULLY SUBMITTED.

In Vieques, Puerto Rico, this 22 day of April, 2025.

_____
Ric F. Malik, Pro Se
P.O. Box 756
Vieques, PR 00765
ricmalik3@gmail.com
787-530-7799