UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

*RECEIVED AND FILED
PRO SE UPLOAD TOOL
04/23/2025 - 04:36 PM
USBC
(WRT)*

IN RE:
RIC F. MALIK,
Debtor

CASE NO. 23-03241-ESL7
Chapter 7

---

**RESPONSE TO ORDER (DKT #93) REGARDING MOTION TO STRIKE (DKT #85)**

TO THE HONORABLE COURT:

COMES NOW the Debtor, RIC F. MALIK, appearing pro se, and respectfully responds to the Court's Order at Docket No. 93, and states as follows:

1. On April 17, 2025, Creditors Earl and Tama Geertgens filed a Motion to Strike (Dkt #85) seeking to exclude the Debtor's responses and certifications on various grounds.

2. Debtor respectfully opposes the Motion to Strike. It is both premature and inconsistent with the procedural posture and record of this case. The Debtor has acted in good faith and continues to make all possible efforts to comply with the Court's discovery expectations.

3. As of March 2025, Debtor is proceeding **pro se** after his **former attorney ceased meaningful participation** in the case and failed to meet his professional obligations. The Court is aware of this transition and has entered multiple orders confirming Debtor's pro se status and instructing Debtor on further compliance.

4. Since assuming pro se responsibility, the Debtor has:
   - Filed a detailed **Reply to Creditors' Response to the Order to Show Cause** on April 9, 2025 (Dkt #82);
   - Provided contextual explanations for any incomplete records, including proof of defunct business entities and geographical challenges;
   - Requested a scheduling conference and offered to reformat responses if necessary.

5. Debtor respectfully requests that the Court consider not only the substance of his filings, but also the sincerity of his post-transition cooperation, the personal and logistical barriers faced, and the absence of willful noncompliance.

6. Therefore, Debtor requests that the Court:
   - **Deny the Motion to Strike** at Dkt #85;

- Recognize Debtor's efforts as a self-represented litigant acting in good faith;
- Maintain the scheduled hearing date of August 8, 2025, for a full review of discovery issues;
- Permit Debtor to supplement or reformat responses as may be directed by the Court.

RESPECTFULLY SUBMITTED.

In Vieques, Puerto Rico, this 23 day of April, 2025.

_____
Ric F. Malik, Pro Se
P.O. Box 756
Vieques, PR 00765
Email: ricmalik3@gmail.com
Phone: (787) 530-7799