UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
RIC F. MALIK,                      CASE NO. 23-03241-ESL7
Debtor                             Chapter 7

*RECEIVED AND FILED
PRO SE UPLOAD TOOL
04/23/2025 - 04:38 PM
USBC
(WRT)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2025, I served a true and correct copy of the:

**RESPONSE TO ORDER (DKT #93) REGARDING MOTION TO STRIKE (DKT #85)**

via U.S. First Class Mail, postage prepaid, upon the following parties:

- **Warren S. Wolf, Esq.**
  Goldberg & Wolf, LLC
  1949 Berlin Road, Suite 201
  Cherry Hill, NJ 08003

- **Charles P. Gilmore, Esq.**
  O'Neill & Gilmore Law Office, LLC
  City Towers, Suite 1701
  252 Ponce de León Avenue
  San Juan, PR 00918

And a copy was also delivered to the Clerk of the Court at:

- **Clerk of the Court**
  U.S. Bankruptcy Court
  District of Puerto Rico
  José V. Toledo Federal Building and U.S. Courthouse
  300 Recinto Sur Street, Room 109
  San Juan, PR 00901

RESPECTFULLY SUBMITTED.

In Vieques, Puerto Rico, this 23rd day of April, 2025.

_____
Ric F. Malik, Pro Se
P.O. Box 756
Vieques, PR 00765
Email: ricmalik3@gmail.com
Phone: (787) 530-7799