United States Bankruptcy Court
District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 23-03241-ESL |
| RIC F MALIK | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf002 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

**Name**     **Email Address**

CHARLES P GILMORE
    on behalf of Creditor Earl Geertgens cpg@go-law.com yalfonseca@go-law.com

FREDERIC CHARDON DUBOS
    on behalf of Counter-Claimant RIC F MALIK fcdlaw2025@outlook.com
    fcdlaw2020@gmail.com;chardon-dubos.fredericb115451@notify.bestcase.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

SARAH M VEGA BONILLA
    on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MCLP Asset Company Inc. svega@martineztorreslaw.com
    santosezdocs@gmail.com;ecruz@martineztorreslaw.com;ezdocsatty1@gmail.com;jrico@martineztorreslaw.com;rmelendez@martineztorreslaw.com

WIGBERTO LUGO MENDER
    trustee@lugomender.com wlugo@ecf.axosfs.com

Warren Wolf
    on behalf of Creditor Earl Geertgens wwolf@goldbergwolf.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:                      CASE NO. 23-03241-ESL7

RIC F MALIK                Chapter 7

xx-xx-1283

       Debtor(s)               FILED & ENTERED ON APR/22/2025

## ORDER AND NOTICE

A hearing is hereby scheduled for August 8, 2025 at 10:00 AM at the U.S. Bankruptcy Court for the District of Puerto Rico, Jose V. Toledo Fed. Bldg. & U.S. Courthouse, 300 Recinto Sur, Courtroom No. 2, Floor 2, San Juan, Puerto Rico, to consider the following:

1- Order to Show Cause (#53)

2- Debtor's answer to Order (#55)

3- Debtor's motion in compliance with discovery (#58)

4- Response to Orders to Show Cause filed by Earl Geertgens and Tama Geertgens (#68)

5- Opposition to Motion in Compliance with Discovery filed by Earl Geertgens and Tama Geertgens (#70)

6- Debtor's certification of defendant in support of response to request for production of documents (#71)

7- Response to order filed by Earl Geertgens and Tama Geertgens (#78)

8- Debtor's response to creditor's motion to dismiss, and opposition to sanctions (#79)

The parties shall file proposed findings of fact and conclusions of law seven (7) days prior to the hearing. Each finding of fact shall make reference to either a document to be submitted as an exhibit, or to a witness. The court

1 advises the parties that it will not hold an evidentiary hearing without timely
2 filed proposed findings of fact and conclusions of law.
3     The Clerk shall give notice to all parties in interest.
4     IT IS SO ORDERED.
5     In San Juan, Puerto Rico, this 22 day of April, 2025.

/s/ Enrique S. Lamoutte
Enrique S. Lamoutte
United States Bankruptcy Judge