**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE:
**RIC F. MALIK,**
Debtor

Case No.: 23-03241-ESL7
Chapter 7

*RECEIVED AND FILED*
*PRO SE UPLOAD TOOL*
*05/03/2025 - 05:24 AM*
*USBC*
*(WRT)*

## DEBTOR'S RESPONSE TO ORDER AT DOCKET #93 REGARDING MOTION TO STRIKE OR FOR LEAVE TO FILE REPLY (DOCKET #85)

TO THE HONORABLE COURT:

COMES NOW the Debtor, **Ric F. Malik,** *pro se,* and respectfully responds to the Court's Order entered at Dkt. #93 on April 22, 2025, which requires the Debtor and former attorney, **Frederic Chardon,** to state their positions concerning the **Motion to Strike or for Leave to File Reply** filed by Plaintiffs Earl and Tama Geertgens on April 17, 2025 (Dkt. #85 in the main case), and states as follows:

### I. PRO SE STATUS AND GOOD FAITH FILINGS

1. As previously clarified in Docket Entries #72 and #87, the undersigned is now proceeding *pro se* in both the main case and related adversary proceeding (Adv. Proc. No. 24-00015-ESL), due to the non-responsiveness of former counsel, Mr. Frederic Chardon.

2. All filings since March 27, 2025 — including the response to the Order to Show Cause, Exhibit Index, and related discovery efforts — were made in **good faith** and in response to this Court's directives.

### II. OPPOSITION TO MOTION TO STRIKE OR REPLY

3. The Motion to Strike and/or request for leave to file a reply at Dkt. #85 appears to be part of a broader campaign by Plaintiffs to obstruct pro se participation and limit legitimate responses to pending issues. Plaintiffs' repetitive filings — including multiple motions to strike — seek to chill proper procedural access and should not be countenanced.

4. The undersigned **opposes any attempt to strike** recent filings and respectfully requests that the Court **deny leave to file an additional reply** if it would simply rehash matters already addressed.

## III. PRAYER FOR RELIEF

WHEREFORE, the Debtor respectfully requests that this Honorable Court:

- TAKE NOTICE of the undersigned's pro se status;
- DENY the Motion to Strike or for Leave to File Reply at Dkt. #85;
- PERMIT all prior filings to remain on the record as valid responses; and
- GRANT any other relief deemed just and proper.

Respectfully submitted,
In Vieques, Puerto Rico, this 3 day of May, 2025.

/s/ Ric F. Malik
Ric F. Malik, *pro se*
756 Vieques, PR 00765
Email: ricmalik3@gmail.com
Phone: 787-530-7799