**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**RIC F MALIK**<br>**xxx–xx–1283**<br><br>Debtor(s) | Case No. **23–03241 ESL**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 5/6/25 |

*ORDER*

The motion filed by Earl Geertgens and Tama Geertgens requesting the Court to consolidate the matters to be decided at Dkt. #'s 86, 90 and 95 to be heard on Aug/8/2025, together with Earl Geertgens and Tama Geertgenss opposition due 14 days prior, and any reply by Debtor due 7 days prior to Aug/8/2025 (docket #104) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, May 6, 2025 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge