IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RIC F MALIK<br><br><br>xx-xx-1283<br><br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br>Chapter 7<br><br><br><br><br>FILED & ENTERED ON MAY/07/2025 |

ORDER

The motion in compliance with Order filed by the Chapter 7 Trustee (Docket Entry #108) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of May, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge