IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 23-03241-ESL7 |
|---|---|
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON MAY/22/2025 |

ORDER

The motion filed by Debtor to extend the automatic stay under 11 U.S.C. §§ 362, and 105 to protect non-debtor family members and affiliated entities (Docket Entry #116) is hereby denied. Debtor's request is denied for the same reasons stated in our order of May 9, 2025 (dkt. #111).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22 day of May, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge