RECEIVED AND FILED
PRO SE UPLOAD TOOL
06/05/2025 - 11:17 AM
USBC
(WRT)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

**IN RE:**
RIC F. MALIK, Debtor
Case No. 23-03241-ESL7
Chapter 7

## AMENDMENT COVER SHEET

TO THE HONORABLE COURT:

Debtor, Ric F. Malik, respectfully submits the following amended forms:

- **Schedule A/B (Form 106A/B)** – Amended to disclose previously unlisted interests in two defunct single-member LLCs: R Malik Construction LLC and Moorestown Construction LLC.

- **Statement of Financial Affairs (Form 107)** – Amended to include:

  - Business interests and operations in the past four years (Question 27)

  - Lawsuits and legal proceedings involving the debtor (Question 9)

These amendments are submitted in good faith to fully disclose financial history and comply with the requirements under the Bankruptcy Code.

Dated: June 5, 2025

/s/ Ric F. Malik
Ric F. Malik, Pro Se
PO Box 756, Vieques, PR 00765
ricmalik3@gmail.com | 787-530-7799

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the **Amended Schedule A/B (Form 106A/B)** and **Amended Statement of Financial Affairs (Form 107)** to be served upon the following parties via CM/ECF electronic notice and/or U.S. Mail:

- **Wigberto Lugo Mender**, Chapter 7 Trustee

- **U.S. Trustee, Region 21**

- **Warren Wolf**, Counsel for Earl and Tama Geertgens

- **All other parties receiving notice via CM/ECF**

Dated: June 5, 2025

/s/ Ric F. Malik
Ric F. Malik, Pro Se

Fill in this information to identify your case and this filing:

Debtor 1: **Ric F Malik**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 23-03241-ESL7

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☐ Yes. Where is the property?

   1.1. _____
   Street address, if available, or other description

   _____
   City / State / ZIP Code

   _____
   County

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? $_____
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   _____

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

   If you own or have more than one, list here:

   1.2. _____
   Street address, if available, or other description

   _____
   City / State / ZIP Code

   _____
   County

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? $_____
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   _____

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

Official Form 106A/B          Schedule A/B: Property          page 1

Debtor 1    Ric F Malik
          First Name    Middle Name    Last Name

Case number (if known) 23-03241-ESL7

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☐ Yes.................................................................................................................. Cash: ..................... $_____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☐ Yes....................     Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $_____ |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☐ Yes.................     Institution or issuer name:

_____ $_____
_____ $_____
_____ $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes. Give specific information about them.......

| Name of entity: | % of ownership: | |
|---|---|---|
| R Malik Construction LLC | 100% % | $ 0.00 |
| Moorestown Construction LLC | 100% % | $ 0.00 |
| | 0% % | $ |

Fill in this information to identify your case:

Debtor 1: **Ric F Malik**

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: District of Puerto Rico

Case number (If known): 23-03241-ESL7

☑ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?
   - ☐ Married
   - ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?
   - ☐ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number Street | From ___ To ___ | Number Street | From ___ To ___ |
| City State ZIP Code | | City State ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number Street | From ___ To ___ | Number Street | From ___ To ___ |
| City State ZIP Code | | City State ZIP Code | |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

Official Form 107         Statement of Financial Affairs for Individuals Filing for Bankruptcy         page 1

Debtor 1  **Ric F Malik**
       First Name   Middle Name   Last Name

Case number (if known) **23-03241-ESL7**

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Geertgens v. Malik, R Malik Construction LLC, et al**<br>Case number **BUR-L-002561-15** | Civil enforcement and asset recovery<br><br>Status: Active (Debtor asserts automatic stay should apply) | **Burlington County Superior Court**<br>Court Name<br>**49 Rancocas Road**<br>Number  Street<br>**Mount Holly, NJ 08**<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Geertgens v. Ric Malik,**<br>Case number **BUR-L-001741-23** | Civil enforcement and asset recovery<br><br>Status: Active (Debtor asserts automatic stay should apply) | **Burlington County Superior Court**<br>Court Name<br>**49 Rancocas Road**<br>Number  Street<br>**Mount Holly, NJ 08**<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name<br><br>Number  Street<br><br>City  State  ZIP Code | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | $ |
| | Describe the property | Date | Value of the property |
| Creditor's Name<br><br>Number  Street<br><br>City  State  ZIP Code | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | $ |

Debtor 1    **Ric F Malik**      Case number *(if known)* 23-03241-ESL7
      First Name    Middle Name    Last Name

---

**25. Have you notified any governmental unit of any release of hazardous material?**

☐ No
☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| Name of site | | |
| Number Street | Governmental unit | |
| | Number Street | |
| | City State ZIP Code | |
| City State ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | | | ☐ Pending |
| | Court Name | | ☐ On appeal |
| | Number Street | | ☐ Concluded |
| Case number | City State ZIP Code | | |

---

### Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| R Malik Construction LLC | General Construction | EIN: __ __ - __ __ __ __ __ __ __ |
| 327 Delaware Ave. | | |
| Number Street | Name of accountant or bookkeeper | Dates business existed |
| Delanco, NJ | John Votta, CPA | From 06/15/2006 To 10/15/2015 |
| City State ZIP Code | | |
| Moorestown Construction LLC | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| Business Name | Residential Remodeling | EIN: 4 5 5 0 0 7 1 1 9 |
| 327 Delawre Ave. | | |
| Number Street | Name of accountant or bookkeeper | Dates business existed |
| Delanco, NJ | John Votta, CPA | From 11/15/2015 To _____ |
| City State ZIP Code | | |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page 11

Debtor 1 __Ric F Malik__  
    First Name    Middle Name    Last Name

Case number *(if known)* __23-03241-ESL7__

_____  
**Business Name**

**Describe the nature of the business**

**Employer Identification number**  
Do not include Social Security number or ITIN.

EIN: __ __ - __ __ __ __ __ __ __

_____  
Number  Street

**Name of accountant or bookkeeper**

**Dates business existed**

_____

_____  
City  State  ZIP Code

From _____ To _____

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No  
☐ Yes. Fill in the details below.

**Date issued**

_____  
Name

__ __ / __ __ / __ __ __ __  
MM / DD / YYYY

_____  
Number  Street

_____

_____  
City  State  ZIP Code

---

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/RicFMalik  
**Signature of Debtor 1**

✗ _____  
**Signature of Debtor 2**

Date __06/05/2025__

Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No  
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No  
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**CONTINUATION PAGE**

**Form 107 – Statement of Financial Affairs**

**Question 19: Within 5 years before you filed for bankruptcy, were you a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time?**

✔ **Yes**

| Name and Address of Business | Dates Business Existed | Nature of Business |
|---|---|---|
| **R Malik Construction LLC** 327 Delaware Ave, Delanco, NJ | 2006 – 2015 | Single-member LLC. Provided general contracting. Ceased operations in 2015. No assets, not operational at time of filing. |
| **Moorestown Construction LLC** 327 Delaware Ave, Delanco, NJ | 2015 – 2021 | Single-member LLC. Provided residential construction and home renovation services. Ceased business activity in 2021 and officially dissolved in September 2023. No assets, not operational at time of filing. |