*RECEIVED AND FILED
PRO SE UPLOAD TOOL
06/05/2025 - 11:40 AM
USBC
(WRT)*

**UNITED STATES BANKRUPTCY COURT DISTRICT OF PUERTO RICO**

**IN RE:**
RIC F. MALIK, Debtor
Chapter 7
Case No. 23-03241-ESL7

---

# AMENDED MOTION FOR CLARIFICATION AND EXTENSION OF AUTOMATIC STAY TO INCLUDE DEFUNCT WHOLLY-OWNED LLCS AND FOR RELATED RELIEF

TO THE HONORABLE COURT:

COMES NOW Debtor Ric F. Malik, pro se, and respectfully states as follows:

## I. INTRODUCTION

1. Debtor filed for relief under Chapter 7 on October 6, 2023.

2. Debtor was the sole member and manager of two single-member LLCs:
   - R Malik Construction LLC (ceased 2015)
   - Moorestown Construction LLC (ceased 2021, formally dissolved September 2023).

3. These entities had no assets, ceased operations years before the petition date, and are legally defunct. Debtor has also filed amended Schedule A/B (Form 106A/B) and Statement of Financial Affairs (Form 107) to disclose his former interests in these entities and related litigation.

## II. STATE COURT LITIGATION CONTINUES THROUGH ENTITY TARGETING

4. Despite the automatic stay under 11 U.S.C. § 362, creditors Earl and Tama Geertgens, through their attorney Karen Murray, have continued to pursue litigation in the New Jersey Superior Court:
   - BUR-L-002561-15
   - BUR-L-001741-23

5. This litigation, though nominally against the LLCs and non-debtor parties, is structured and intended to enforce claims against the Debtor, as evidenced by pleadings, discovery, and subpoenas directly implicating him.

## III. SUMMARY OF JUDGMENT

6. In the BUR-L-002561-15 matter, the Geertgens obtained a judgment against Ric F. Malik and others for over $260,000 based on allegations of breach and misappropriation in connection

    with a construction project. The judgment purports to impose a constructive trust on LLC assets and is being actively enforced in ways that impact the Debtor personally. (See attached judgment, Exhibit A)

7. This enforcement effort has extended into the second case, BUR-L-001741-23, in which the same parties are seeking to attach assets and impose further obligations indirectly on the Debtor, despite his Chapter 7 protection.

## IV. LEGAL BASIS FOR EXTENDING STAY

8. Under A.H. Robins Co. v. Piccinin, 788 F.2d 994 (4th Cir. 1986), and similar cases, the stay may be extended to non-debtor entities when the litigation is essentially a suit against the debtor.

9. Courts in In re Lazarus Burman Assoc., 161 B.R. 891 (Bankr. E.D.N.Y. 1993), and In re Johns-Manville Corp., 26 B.R. 405 (Bankr. S.D.N.Y. 1983), have similarly held that actions which would have a significant impact on the debtor's estate or interfere with its administration justify stay extension.

## V. RELIEF REQUESTED

WHEREFORE, Debtor respectfully requests that this Court:

1. Clarify that the automatic stay under 11 U.S.C. § 362 extends to R Malik Construction LLC and Moorestown Construction LLC;

2. Enjoin continued prosecution of NJ Cases BUR-L-002561-15 and BUR-L-001741-23 insofar as they are attempts to enforce claims against the Debtor or affect his bankruptcy estate;

3. Grant such other relief as this Court deems just and proper under 11 U.S.C. §§ 105(a), 362(a), and 362(k).

Respectfully submitted,
Dated: June 5, 2025
/s/ Ric F. Malik
Ric F. Malik, Pro Se
PO Box 756, Vieques, PR 00765
ricmalik3@gmail.com | 787-530-7799

---

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing **Amended Motion for Clarification and Extension of Automatic Stay** and the attached **Exhibit A (Judgment)** to be served upon the following parties via CM/ECF electronic notice and/or U.S. Mail:

- **Wigberto Lugo Mender**, Chapter 7 Trustee
- **U.S. Trustee, Region 21**

- **Warren Wolf**, Counsel for Earl and Tama Geertgens
- **All other parties receiving notice via CM/ECF**

Dated: June 5, 2025

/s/ Ric F. Malik
Ric F. Malik, Pro Se

Ex H.bit P

FILED WITH THE COURT

JUN 12 2019

SUSAN L. CLAYPOOLE, J.S.C.

EARP COHN P.C.
20 Brace Road - 4th Floor
Cherry Hill, NJ 08034
(856) 354-7700
(856) 354-0766 (Fax)

**Attorneys for Defendants/Counterclaim and Third-Party Plaintiffs Earl Geertgens and Tama Geertgens**

BY: CAROL S. HARDING, ESQUIRE
I.D. #034541992
CHARLES P. MONTGOMERY, ESQUIRE
I.D. #024312010

| | |
|---|---|
| R. MALIK CONSTRUCTION, LLC, <br><br> Plaintiff <br><br> v. <br><br> EARL GEERTGENS and TAMA GEERTGENS, <br><br> Defendants <br><br>―――――――――――――― <br><br> EARL GEERTGENS and TAMA GEERTGENS, <br><br> Third-Party Plaintiffs <br><br> v. <br><br> R. MALIK CONSTRUCTION, LLC and RIC MALIK, <br><br> Counterclaim Defendant and Third-Party Defendant | SUPERIOR COURT OF NEW JERSEY BURLINGTON COUNTY - LAW DIVISION <br><br> DOCKET NO. L-002561-15 <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **ORDER FOR FINAL JUDGMENT** |

This matter having been brought before the Court upon the application of Earp Cohn

P.C., counsel for Defendants Earl and Tama Geertgens, with Carol S. Harding, Esquire,

appearing, and the Court having GRANTED SUMMARY JUDGMENT AS TO Count IV of Defendants'/Third-Party and Counterclaim Plaintiffs' Complaint, the Court having considered the application for attorneys' fees and costs of the Geertgens, and good cause having been shown;

IT IS HEREBY ORDERED this _12_ day of _June_, 2019, that the motion of Defendants Earl and Tama Geertgens for Summary Judgment as to all counts of Plaintiff's Complaint and as to Count IV of Defendants/Third-Party Plaintiffs' Counterclaim/Third-Party Complaint GRANTED as follows:

1. Judgment is entered in favor of Earl and Tami Geertgens against Counterclaim Defendant R. Malik Construction, LLC and against Third-Party Defendant Ric Malik as to Count IV of Defendants/Third-Party Plaintiffs' Counterclaim/Third-Party Complaint, jointly and severally, in the amount of $108,000; and

2. Pursuant to N.J.S.A. 56:8-19, Defendants/Third-Party Plaintiffs Earl and Tama Geertgens are entitled to recover their reasonable attorneys' fees, filing fees, reasonable costs of suit, therefore Judgment is entered in favor of Defendants/Third-Party Plaintiffs Earl and Tama Geertgens against Counterclaim Defendant R. Malik Construction, LLC and against Third-Party Defendant Ric Malik, jointly and severally, in the amount of $140,639.06 for attorney and paralegal fees, $750.00 in initial filing and motion filing fees, $8,571.69 in costs and disbursements; NOW THEREFORE

IT IS ORDERED that FINAL JUDGMENT be entered in favor of Defendants/Third-Party Plaintiffs Earl and Tama Geertgens (H/W) and against Counterclaim Defendant R. Malik Construction, LLC and against Third-Party Defendant Ric Malik, jointly and severally, in the total amount of $257,960.75; and

Defendants/Third-Party Plaintiffs Earl and Tama Geertgeens shall serve a copy of this Order on Plaintiff and Third-Party Defendant with __7__ days of their receipt of this Order.

**SO ORDERED.**

BY THE COURT:

_____, J.S.C.

Susan L. Claypoole, J.S.C.

See attached Statement of Reasons