*RECEIVED AND FILED PRO SE UPLOAD TOOL 06/09/2025 - 05:12 AM USBC (WRT)*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

**IN RE:**
RIC F. MALIK, Debtor
Chapter 7
Case No. 23-03241-ESL7

---

# NOTICE OF ADDITIONAL SUPPORT FOR AMENDED MOTION FOR CLARIFICATION AND EXTENSION OF AUTOMATIC STAY

TO THE HONORABLE COURT:

COMES NOW Debtor, Ric F. Malik, pro se, and respectfully submits the following additional facts and documents in support of the Amended Motion for Clarification and Extension of the Automatic Stay to Include Defunct Wholly-Owned LLCs:

1. **Dismissal from NJ Case BUR-L-001741-23:** Debtor Ric F. Malik was formally dismissed as a party to the New Jersey Superior Court case **BUR-L-001741-23** in **October 2023**.

2. **Ownership of MC Remodeling LLC:** The active entity named in the same New Jersey proceeding—**MC Remodeling LLC**—is wholly owned and operated by the Debtor's adult son, **Andrew Malik**. Ric F. Malik holds no ownership, control, or interest in MC Remodeling LLC.

3. **Defunct Status of Moorestown Construction LLC:** Moorestown Construction LLC, also named in that action, ceased business operations in 2021 and was officially dissolved in September 2023. It has no assets or ability to defend itself in litigation.

4. **Recent Court Notice of Dismissal for Lack of Prosecution:** On **June 7, 2025**, the New Jersey Superior Court issued a formal notice stating that case **BUR-L-001741-23** is subject to dismissal for lack of prosecution. (Attached hereto as **Exhibit B**)

5. **Filing by Debtor in NJ Court:** On June 5, 2025, Debtor submitted a document titled **"Notice in Support of Dismissal for Lack of Prosecution"** in the same case, confirming the above facts and asserting the inapplicability of that case to the Debtor's bankruptcy estate. (Attached hereto as **Exhibit C**)

These additional facts further support the request for this Court to clarify and extend the automatic stay under 11 U.S.C. § 362 to bar continued litigation involving defunct entities or attempts to indirectly impact the Debtor through related parties.

WHEREFORE, Debtor respectfully submits this Notice and requests that the attached materials be made part of the record in support of the Amended Motion.

Respectfully submitted,
Dated: June 9, 2025

/s/ Ric F. Malik
Ric F. Malik, Pro Se
PO Box 756, Vieques, PR 00765
ricmalik3@gmail.com | 787-530-7799

---

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing **Notice of Additional Support for Amended Motion for Clarification and Extension of Automatic Stay** and attached **Exhibits B and C** to be served upon the following parties via CM/ECF electronic notice and/or U.S. Mail:

- **Wigberto Lugo Mender**, Chapter 7 Trustee
- **U.S. Trustee, Region 21**
- **Warren Wolf**, Counsel for Earl and Tama Geertgens
- **All other parties receiving notice via CM/ECF**

Dated: June 9, 2025

/s/ Ric F. Malik
Ric F. Malik, Pro Se

```
BURLINGTON COUNTY
SUPERIOR COURT
49 RANCOCAS ROAD
MT HOLLY         NJ 08060
                                    DISMISSAL NOTICE

TELEPHONE - (609) 288-9500 EXT. 38309,ETHEL CONOVER        TEAM 001
COURT HOURS:  8:30 AM - 4:30 PM

              DATE: JUNE 06, 2025
                RE: GEERTGENS EARL   VS MALIK RIC
            DOCKET: BUR L -001741 23
             PARTY:   A MALIK              MC REMODELING LLC



       PLEASE TAKE NOTICE THAT ON AUGUST 05, 2025    (60 DAYS FROM DATE OF
 THIS NOTICE), THE COURT WILL DISMISS THE ABOVE PARTY OR PARTIES FOR LACK OF
 PROSECUTION WITHOUT PREJUDICE, PURSUANT TO RULE 1:13-7 OR RULE 4:43-2 UNLESS ACTION
 REQUIRED UNDER THE ABOVE RULES IS TAKEN.


  HON ERIC G. FIKRY                                    ATT: MARK J. MOLZ
_____                        MARK J. MOLZ
         JUDGE                                         1400 ROUTE 38 E
                                                       HAINESPORT       NJ 08036
```

```
BURLINGTON COUNTY
SUPERIOR COURT
49 RANCOCAS ROAD
MT HOLLY           NJ 08060
                                    DISMISSAL NOTICE

TELEPHONE - (609) 288-9500 EXT. 38309,ETHEL CONOVER         TEAM 001
COURT HOURS:  8:30 AM - 4:30 PM

              DATE: JUNE 06, 2025
                RE: GEERTGENS EARL   VS MALIK RIC
            DOCKET: BUR L -001741 23
             PARTY:    A MALIK              MC REMODELING LLC


      PLEASE TAKE NOTICE THAT ON AUGUST 05, 2025    (60 DAYS FROM DATE OF
THIS NOTICE), THE COURT WILL DISMISS THE ABOVE PARTY OR PARTIES FOR LACK OF
PROSECUTION WITHOUT PREJUDICE, PURSUANT TO RULE 1:13-7 OR RULE 4:43-2 UNLESS ACTION
REQUIRED UNDER THE ABOVE RULES IS TAKEN.


 HON ERIC G. FIKRY                                  ATT: MARK J. MOLZ
_____                     MARK J. MOLZ
        JUDGE                                       1400 ROUTE 38 E
                                                    HAINESPORT         NJ 08036
```

```
BURLINGTON COUNTY
SUPERIOR COURT
49 RANCOCAS ROAD
MT HOLLY          NJ 08060
                                    DISMISSAL NOTICE

TELEPHONE - (609) 288-9500 EXT. 38309,ETHEL CONOVER        TEAM 001
COURT HOURS:  8:30 AM - 4:30 PM

              DATE: JUNE 06, 2025
                RE: GEERTGENS EARL   VS MALIK RIC
            DOCKET: BUR L -001741 23
             PARTY:    A MALIK              MC REMODELING LLC


     PLEASE TAKE NOTICE THAT ON AUGUST 05, 2025    (60 DAYS FROM DATE OF
THIS NOTICE), THE COURT WILL DISMISS THE ABOVE PARTY OR PARTIES FOR LACK OF
PROSECUTION WITHOUT PREJUDICE, PURSUANT TO RULE 1:13-7 OR RULE 4:43-2 UNLESS ACTION
REQUIRED UNDER THE ABOVE RULES IS TAKEN.


 HON ERIC G. FIKRY                                    ATT: KAREN M. MURRAY
_____                   KAREN MURRAY LLC
          JUDGE                                       8 EAST MAIN ST
                                                      MOORESTOWN       NJ 08077
```