IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RIC F MALIK<br><br><br>xx-xx-1283<br><br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br>Chapter 7<br><br><br><br><br>FILED & ENTERED ON JUN/20/2025 |

ORDER

The motion filed by Earl Geertgens, and Tama Geertgens (Docket Entry #133) is hereby granted. Debtor's request made on June 5, 2025 (dkt. #127) and on June 9, 2025 (dkt. #130) are hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of June, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge