IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>RIC F MALIK<br><br><br><br>xx-xx-1283<br><br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br>Chapter 7<br><br><br><br><br><br><br>FILED & ENTERED ON JUN/20/2025 |
|---|---|

ORDER

    The motion filed by Debtor (Docket Entry #118) is hereby denied. Debtor's request is denied for the reasons stated in the opposition filed by the Geertgens (dkt. #123).

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 20 day of June, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge