IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RIC F MALIK<br><br><br><br>xx-xx-1283<br><br><br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br><br>Chapter 7<br><br><br><br><br><br>FILED & ENTERED ON JUN/20/2025 |

<u>ORDER</u>

The motion filed by Debtor (Docket Entry #116) is hereby denied. See dkt. # 111.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of June, 2025.


Enrique S. Lamoutte
United States Bankruptcy Judge