IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 23-03241-ESL7 |
|---|---|
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON JUN/20/2025 |

ORDER

The motion filed by Debtor (Docket Entry #120) is hereby denied. See dkt. #111.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of June, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge