United States Bankruptcy Court

District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 23-03241-ESL |
| RIC F MALIK | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf003 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, MARTINEZ & RORRES LAW OFFICES P.S.C., PO BOX 192938, SAN JUAN, PR 00919-3409 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Jun 20 2025 19:18:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Jun 20 2025 19:18:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Jun 20 2025 19:17:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jun 20 2025 19:17:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Earl Geertgens |
| cr | | Tama Geertgens |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 22, 2025 | Signature: | /s/Gustava Winters |

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: pdf003 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:**

**Name**     **Email Address**

CHARLES P GILMORE
on behalf of Creditor Earl Geertgens cpg@go-law.com  yalfonseca@go-law.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

SARAH M VEGA BONILLA
on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MCLP Asset Company Inc. svega@martineztorreslaw.com santosezdocs@gmail.com;ecruz@martineztorreslaw.com;ezdocsatty1@gmail.com;jrico@martineztorreslaw.com;rmelendez@martineztorreslaw.com

WIGBERTO LUGO MENDER
trustee@lugomender.com  wlugo@ecf.axosfs.com

Warren Wolf
on behalf of Creditor Earl Geertgens wwolf@goldbergwolf.com

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:  CASE NO. 23-03241-ESL7

RIC F MALIK  Chapter 7

xx-xx-1283

Debtor(s)  FILED & ENTERED ON JUN/20/2025

ORDER

The motion filed by Earl Geertgens, and Tama Geertgens (Docket Entry #133) is hereby granted. Debtor's request made on June 5, 2025 (dkt. #127) and on June 9, 2025 (dkt. #130) are hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of June, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge