IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>RIC F. MALIK.,<br><br>Debtor. | Case No. 23-03241-ESL7<br><br>Chapter 7 |

## MOTION FOR LEAVE TO APPEAR VIA VIDEOCONFERENCE AT THE HEARING SCHEDULED FOR AUGUST 8, 2025

**TO THE HONORABLE COURT**:

COMES NOW, Attorney Charles P. Gilmore, counsel for plaintiff Earl Geertgens and Tama Geertgens ("ETG"), and respectfully states and prays as follows:

1. In this bankruptcy case, a series of motions are set for a hearing on August 8, 2025, at 10:00 A.M. [Dk 94]

2. The undersigned counsel will be undergoing ambulatory surgery on August 5, 2025, and he will be unable to appear personally on August 8, 2025, but would be able to appear via videoconference.

**WHEREFORE**, Attorney Charles P. Gilmore respectfully requests this Honorable Court to allow Atty. Charles P. Gilmore to appear via video conference at the hearing set for August 8, 2025, at 10:00 A.M.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 7th day of July 2025.

I HEREBY CERTIFY that a true and correct copy of the foregoing has filed with the Clerk of the Court using the CM/ECF System, which will send notification to all CM/ECF participants.

**O'NEILL & GILMORE
LAW OFFICE, LLC**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Email: cpg@go-law.com

By: /s/ Charles P. Gilmore
    Charles P. Gilmore, Esq.
    USDC No. 209614