IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON JUL/07/2025 |

ORDER AND NOTICE

The hearing scheduled for August 8, 2025, is hereby continued for August 25, 2025 at 10:00 AM at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico; to consider the following:

1. Order to Show Cause (#53)

2. Debtor's answer to Order (#55)

3. Debtor's motion in compliance with discovery (#58)

4. Response to Orders to Show Cause filed by Earl Geertgens and Tama Geertgens (#68)

5. Opposition to Motion in compliance with Discovery filed by Earl Geertgens and Tama Geertgens (#70)

6. Debtor's certification of defendant in support of response to request for production of documents (#71)

7. Response to order filed by Earl Geertgens and Tama Geertgens (#78)

8. Debtor's response to creditor's motion to dismiss, and opposition to sanctions (#79).

The Parties shall file proposed findings and conclusions of law seven (7) days prior to the hearing. Each finding of fact shall make reference to either a document to be submitted as an exhibit, or to a witness. The court advises

the parties that it will not hold an evidentiary hearing without timely filed proposed findings of fact and conclusions of law.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of July, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge