United States Bankruptcy Court

District of Puerto Rico

| In re: | Case No. 23-03241-ESL |
|---|---|
| RIC F MALIK | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0104-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: pdf003 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jul 07 2025 18:59:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Earl Geertgens |
| cr | | Tama Geertgens |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Creditor Earl Geertgens cpg@go-law.com  yalfonseca@go-law.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| SARAH M VEGA BONILLA | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MCLP Asset Company Inc. svega@martineztorreslaw.com santosezdocs@gmail.com;ecruz@martineztorreslaw.com;ezdocsatty1@gmail.com;jrico@martineztorreslaw.com;rmelendez@martineztorreslaw.com |

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 07, 2025 | Form ID: pdf003 | Total Noticed: 2 |

WIGBERTO LUGO MENDER  trustee@lugomender.com  wlugo@ecf.axosfs.com

Warren Wolf  on behalf of Creditor Earl Geertgens wwolf@goldbergwolf.com

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 23-03241-ESL7 |
| --- | --- |
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON JUL/07/2025 |

ORDER

The motion filed by Earl Geertgens and Tama Geertgens (Docket Entry #145) is hereby denied. However, the hearing scheduled for August 8, 2025 (Docket #94) is continued to August 25, 2025 at 10:00 a.m.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of July, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge