IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON JUL/23/2025 |

ORDER

    NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MCLP Asset Company Inc is to state its position within twenty-one (21) days as to Debtor's motion filed on July 22, 2025 (Docket Entry #152).

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 23 day of July, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge