IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> RIC F MALIK <br><br> xx-xx-1283 <br><br> Debtor(s) | CASE NO. 23-03241-ESL7 <br> Chapter 7 <br><br><br><br> FILED & ENTERED ON AUG/13/2025 |

ORDER

The motion filed by Debtor (Docket Entry #152) is hereby denied. Debtor's request is denied for the reasons stated in the opposition filed by MCLP Asset Company, Inc. (dkt. #156).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of August, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge