IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | Case No. 23-03241-ESL7 |
| RIC F. MALIK., | Chapter 7 |
| Debtor. | |

**GEERTGENS' MOTION FOR LEAVE TO ALLOW
WITNESS TO APPEAR VIRTUALLY
AT EVIDENTIARY HEARING ON AUGUST 25, 2025**

**TO THE HONORABLE COURT**:

COMES NOW, creditors Earl Geertgens and Tama Geertgens ("ETG"), represented by the undersigned legal counsel, respectfully submit the following Motion for Leave to Allow Witness to Appear Virtually at the Evidentiary Hearing on August 25, 2025:

1. The Court has scheduled an in-person Evidentiary Hearing on August 25, 2025 pursuant to Orders entered on April 22, 2025, Dkt. # 94 and July 7, 2025, Dkt. # 147.

2. Pursuant to the aforementioned orders, ETG filed their Proposed Findings of Fact and Conclusions of Law on August 18, 2025 ("ETG Submission").

3. Although the Debtor has not filed Proposed Findings of Fact and Conclusions of Law, ETG hopes the Evidentiary Hearing will still proceed on August 25, 2025 as Warren S. Wolf, Esquire, co-counsel for ETG, who lives and works in New Jersey, and is admitted before this Court *pro hac vice*, has purchased airfare and hotel accommodations to appear in-person at the hearing.

4. ETG intends to offer over 600 documents to the Court at the hearing, in order to satisfy the Court's requirement for submitting an exhibit document, or a witness, as to each fact offered. These documents are identified on the Document List appended to the ETG

1

Submission (Numbered A.1 through J.71; Bates # Geertgens00001 through Geertgens000675). Many of the documents identified in the ETG Submission include prior state court orders, motions, and certifications of the Debtor, deposition testimony, materials obtained from publicly available sources, and third party subpoenas issued by Karen M. Murray, Esquire, ETG's counsel in related litigation pending in the Superior Court of New Jersey, captioned <u>Geertgens v. Malik</u>, Docket Nos. BUR-L-2561-15, and BUR-L-1741-23.

5. ETG requests permission for Ms. Murray to appear virtually at the Evidentiary Hearing on August 25, 2025 to authenticate the documents she obtained, which are to be offered to the Court at such time.

6. Upon the Court's request, all documents can be filed in advance of the scheduled hearing, for the Court's review.

WHEREFORE, ETG respectfully requests the Court allow Ms. Murray to appear virtually at the Evidentiary Hearing on August 25, 2025 to authenticate the documents she obtained which are to be offered to the Court at such time.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional 3 days pursuant to F.R.B.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by U.S.First class mail this 19th day of August 2025, to debtor, RIC F. MALIK, at PO BOX 756, VIEQUES, PR 00765-0756 and with the Clerk of the Court using the CM/ECF System, which will send notification to the CM/ECF participants.

**O'NEILL & GILMORE**
**LAW OFFICE, LLC**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Email:   cpg@go-law.com

By:   /s/   **Charles P. Gilmore, Esq.**
Charles P. Gilmore, Esq.
USDC No. 209614


**GOLDBERG & WOLF, LLC**
1949 Berlin Road, Suite 201
Cherry Hill, New Jersey 08003
Phone: 856-651-1600
Fax:      856-651-1615
Email:   wwolf@goldbergwolf.com

By:      /s/ **Warren S. Wolf, Esq.**
Warren S. Wolf, Esq.
Co-counsel admitted Pro Hoc Vice