IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON AUG/20/2025 |

ORDER

The motion filed by Earl Geertgens and Tama Geertgens (Docket Entry #165) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of August, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge