UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

## Hearing Information

| | | | |
|---|---|---|---|
| Debtor(s): | RIC F MALIK | Case Number: | 23-03241-ESL7 |
| | | Chapter: | 7 |
| Date / Time / Room: | 08/25/2025 at 10:00 AM | Courtroom: | COURTROOM 2 |
| Bankruptcy Judge: | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| Courtroom deputy: | DARHMA ZAYAS BOUJOUEN | | |
| Reporter/ECR: | Edna L Sanabria Lebron | | |

**Minute Entry**

**Matter:** EVIDENTIARY HEARING

dkt. #163: Proposed Statements of Fact and Conclusions of Law by the Creditors
dkt. #167: Debtor's Proposed Findings and Conclusions of Law.

**Appearances:**

☒ Debtor — Ric F. Malik
☐ Debtor's Attorney
☐ Trustee

☒ Movant/Creditors/Others: Warren Wolf, Esq.
Charles P. Gilmore, Esq.

**Proceedings:**

**ORDER:** The court stated that it would stay proceedings in the related adversary proceedings, AP 24-00015 and AP 25-00026, until a final decision on the motion to dismiss is entered. Counsel for moving creditors summarized the matter before the court as one requiring dismissal for failure to comply with discovery requests and failure to fully disclose assets. Debtor argued against their request. The only witness presented by creditors was attorney Karen Murray, who explained in detail all exhibits presented by the moving creditors, and admitted by the court. Debtor did not present any witness or evidence but cross-examined witness Karen Murray. The court took the matter under advisement.

/s/Enrique S. Lamoutte
U.S. Bankruptcy Judge