United States Bankruptcy Court
District of Puerto Rico

In re: Case No. 23-03241-ESL
RIC F MALIK Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: admin     Page 1 of 3
Date Rcvd: Aug 26, 2025     Form ID: pdf001     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cr | + | MCLP Asset Company Inc., PO BOX 192938, SAN JUAN, PR 00919-2938, UNITED STATES 00919-3409 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, MARTINEZ & RORRES LAW OFFICES P.S.C., PO BOX 192938, SAN JUAN, PR 00919-3409 |
| 5121220 | + | American Arbitration Association, Peter Lioia High Swartz LLP PO Box 671, Norristown, PA 19404-0671 |
| 5121224 | + | COOPER UNIVERSITY HEALTH CARE, PO BOX 2090, Morrisville, NC 27560-2090 |
| 5134927 | + | Earl Geertgens and Tama Geertgens, c/o Warren Wolf, Esq., 1949 Berlin Rd., Ste 201, Cherry Hill, NJ 08003-2077 |
| 5121226 | + | FIRST HORIZON, LOAN OPERATIONS 3451 PRESCOTT ROAD, Memphis, TN 38118-3609 |
| 5121227 | | Frank Radey, Monte Carmelo frank@radeyassociates.com, Vieques, PR 00765-0000 |
| 5121228 | + | GE CAPITAL MANAGEMENT, LLC, 16192 COASTAL HWY., Lewes, DE 19958-3608 |
| 5121229 | + | Geertgens, Earp Cohn PC 20 Brace Rd 4th Fl, Cherry Hill, NJ 08034-2634 |
| 5121231 | + | Jack Malik, 2799 Chapel Creek Dr, Lambertville, MI 48144-9498 |
| 5121233 | | Karen S. Malik, 327 Delaware Avenue, Delanco, NJ 08075-4315 |
| 5121234 | + | Karen S. Malik, 327 Delaware Avenue, Riverside, NJ 08075-4005 |
| 5156323 | + | MC REMODELING LLC, 30 FOX GLOVE, RIVERSIDE NJ 08075-2042 |
| 5121235 | + | Mosquito Inc, Michael R O'Donnell PO Box 1981, Morristown, NJ 07962-1981 |
| 5121236 | | New Jersey Resident Returns, State of New Jersey, Division of Taxatio, Revenue Processing Center - Refunds PO B, Trenton, NJ 08647-0555 |
| 5121238 | + | Powells Plumbing & Heating, Charles W.C. Johnston, Mark Cimino 1045 Cooper St, Debtford, NJ 08096-3033 |
| 5121241 | + | Sklar Markind, 102 Browning Ln, Cherry Hill, NJ 08003-3195 |
| 5121243 | + | Tower America Urban Renewal Co, 9777 Queens BV, Rego Park, NY 11374-3335 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Aug 27 2025 01:10:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Aug 27 2025 01:11:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Aug 27 2025 00:36:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Aug 27 2025 00:37:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| 5121221 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 21:28:53 | Best Buy, PO Box 70601, Philadelphia, PA 19176-0601 |
| 5121223 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2025 21:16:57 | CBNA, 50 NORTHWEST POINT ROAD, Elk Grove Village, IL 60007-0000 |
| 5121225 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2025 01:09:00 | CREDIT COLLECTION SERVICES, 725 CANTON ST, Norwood, MA 02062-2679 |
| 5121222 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0104-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdf001 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2025 21:28:49 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 5131583 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2025 03:45:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5121230 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2025 00:37:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, POST OFFICE BOX 7346, Philadelphia, PA 19101-7346 |
| 5121232 | ^ | MEBN | Aug 26 2025 20:43:15 | JEFFERSON HEALTH, 833 CHESTNUT ST STE 115, Philadelphia, PA 19107-4401 |
| 5121237 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 03:35:01 | Pay Pal, PO Box 71707, Philadelphia, PA 19176-1707 |
| 5121239 | ^ | MEBN | Aug 26 2025 20:45:09 | QUALITY ASWSET RECOVERY LLC, PO BOX 239, Gibbsboro, NJ 08026-0239 |
| 5121240 | | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2025 00:35:00 | SHELLPOINT, PO BOX 619063, Dallas, TX 75261-9063 |
| 5189321 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 27 2025 00:35:00 | State of New Jersey Division of Taxation, 3 John Fitch Way P.O. Box 245, Trenton, NJ 08695-0245 |
| 5121242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 03:35:07 | SYNCB/PPC, PO BOX 530975, Orlando, FL 32896-0001 |
| 5121244 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 26 2025 21:16:43 | WELLS FARGO BANK, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Earl Geertgens |
| cr | | Tama Geertgens |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Creditor Earl Geertgens cpg@go-law.com  yalfonseca@go-law.com |

| District/off: 0104-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdf001 | Total Noticed: 36 |

MONSITA LECAROZ ARRIBAS
   ustpregion21.hr.ecf@usdoj.gov

SARAH M VEGA BONILLA
   on behalf of Creditor MCLP Asset Company Inc. svega@martineztorreslaw.com santosezdocs@gmail.com;ecruz@martineztorreslaw.com;ezdocsatty1@gmail.com;jrico@martineztorreslaw.com;rmelendez@martineztorreslaw.com

WIGBERTO LUGO MENDER
   trustee@lugomender.com wlugo@ecf.axosfs.com

Warren Wolf
   on behalf of Creditor Earl Geertgens wwolf@goldbergwolf.com

TOTAL: 5

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

**Hearing Information**

| | | | |
|---|---|---|---|
| Debtor(s): | RIC F MALIK | Case Number: | 23-03241-ESL7 |
| | | Chapter: | 7 |
| Date / Time / Room: | 08/25/2025 at 10:00 AM | Courtroom: | COURTROOM 2 |
| Bankruptcy Judge: | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| Courtroom deputy: | DARHMA ZAYAS BOUJOUEN | | |
| Reporter/ECR: | Edna L Sanabria Lebron | | |

**Minute Entry**

Matter: EVIDENTIARY HEARING — dkt. #163: Proposed Statements of Fact and Conclusions of Law by the Creditors. dkt. #167: Debtor's Proposed Findings and Conclusions of Law.

Appearances:
☒ Debtor — Ric F. Malik
☐ Debtor's Attorney
☐ Trustee
☒ Movant/Creditors/Others: Warren Wolf, Esq., Charles P. Gilmore, Esq.

Proceedings:

ORDER: The court stated that it would stay proceedings in the related adversary proceedings, AP 24-00015 and AP 25-00026, until a final decision on the motion to dismiss is entered. Counsel for moving creditors summarized the matter before the court as one requiring dismissal for failure to comply with discovery requests and failure to fully disclose assets. Debtor argued against their request. The only witness presented by creditors was attorney Karen Murray, who explained in detail all exhibits presented by the moving creditors, and admitted by the court. Debtor did not present any witness or evidence but cross-examined witness Karen Murray. The court took the matter under advisement.

/s/Enrique S. Lamoutte
U.S. Bankruptcy Judge