482752
8392

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO: 23-03241-ESL |
|---|---|
| RIC F MALIK | CHAPTER: 7 |
| Debtor(s) | |

**MOTION REQUESTING EXTENSION OF TIME**

TO THIS HONORABLE COURT:

COMES NOW **MCLP Asset Company Inc.**[1] (hereinafter referred to as "MCLP") by the undersigned attorney, and very respectfully states, alleges and requests:

1. On 8/15/2025, this Honorable Court entered an Order for MCLP to state its position as to Debtor's motion requesting to vacate order denying motion to reconsider relief from stay filed on August 13, 2025, order being due by 8/29/2025 (the "Order"). [Docket Entry No. 160].

2. MCLP respectfully requests an extension of time of ten (10) days to state its position as to the Debtor's motion and comply with the Order.

**WHEREFORE,** MCLP respectfully requests from this Honorable Court to take notice of the above and MCLP be granted an extension of time of ten (10) days to state its position as to the Debtor's motion and comply with the Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29 day of August 2025.

---

[1] NewRez LLC dba Shellpoint Mortgage Servicing is the servicing agent for MCLP.

-1-

Case No. 23-03241-ESL
*Motion Requesting Extension of Time*

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered to receive electronic notices in this case.

**MARTÍNEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938, San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

***/s/Sarah M. Vega Bonilla***
By: Sarah M. Vega Bonilla
USDC-PR 303503
Email: svega@martineztorreslaw.com