IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br>RIC F MALIK<br><br>xx-xx-1283<br><br>Debtor(s) | CASE NO. 23-03241-ESL7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON SEP/08/2025 |
|---|---|

ORDER

The motion filed by Debtor (Docket Entry #159) is hereby denied. Debtor's request is denied for the reasons stated in the opposition filed by MCLP Asset Company, Inc. (Docket #177).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8 day of September, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge