IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03241-ESL7 |
| RIC F MALIK | Chapter 7 |
| xx-xx-1283 | |
| Debtor(s) | FILED & ENTERED ON OCT/17/2025 |

ORDER

    The motion requesting reconsideration of dismissal filed by Debtor (Docket Entry #189) is hereby denied. The debtor's request to reconsider the dismissal order entered on September 12, 2025 (dkt. #183) is denied for the reasons stated in the opposition filed by Earl and Tama Geertgens (dkt. #191), with which this court agrees and adopts. Moreover, the allegations in debtor's motion do not move the court to alter in any way its findings and conclusions in the dismissal order.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 17 day of October, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge