United States Bankruptcy Court
District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 23-03241-ESL |
| RIC F MALIK | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf001 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | RIC F MALIK, PO BOX 756, VIEQUES, PR 00765-0756 |
| cr | + | MCLP Asset Company Inc., PO BOX 192938, SAN JUAN, PR 00919-2938, UNITED STATES 00919-3409 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, MARTINEZ & RORRES LAW OFFICES P.S.C., PO BOX 192938, SAN JUAN, PR 00919-3409 |
| 5121220 | + | American Arbitration Association, Peter Lioia High Swartz LLP PO Box 671, Norristown, PA 19404-0671 |
| 5121224 | + | COOPER UNIVERSITY HEALTH CARE, PO BOX 2090, Morrisville, NC 27560-2090 |
| 5134927 | + | Earl Geertgens and Tama Geertgens, c/o Warren Wolf, Esq., 1949 Berlin Rd., Ste 201, Cherry Hill, NJ 08003-2077 |
| 5121226 | + | FIRST HORIZON, LOAN OPERATIONS 3451 PRESCOTT ROAD, Memphis, TN 38118-3609 |
| 5121227 | | Frank Radey, Monte Carmelo frank@radeyassociates.com, Vieques, PR 00765-0000 |
| 5121228 | + | GE CAPITAL MANAGEMENT, LLC, 16192 COASTAL HWY., Lewes, DE 19958-3608 |
| 5121229 | + | Geertgens, Earp Cohn PC 20 Brace Rd 4th Fl, Cherry Hill, NJ 08034-2634 |
| 5121231 | + | Jack Malik, 2799 Chapel Creek Dr, Lambertville, MI 48144-9498 |
| 5121233 | | Karen S. Malik, 327 Delaware Avenue, Delanco, NJ 08075-4315 |
| 5121234 | + | Karen S. Malik, 327 Delaware Avenue, Riverside, NJ 08075-4005 |
| 5156323 | + | MC REMODELING LLC, 30 FOX GLOVE, RIVERSIDE NJ 08075-2042 |
| 5121235 | + | Mosquito Inc, Michael R O'Donnell PO Box 1981, Morristown, NJ 07962-1981 |
| 5121236 | | New Jersey Resident Returns, State of New Jersey, Division of Taxatio, Revenue Processing Center - Refunds PO B, Trenton, NJ 08647-0555 |
| 5121238 | + | Powells Plumbing & Heating, Charles W.C. Johnston, Mark Cimino 1045 Cooper St, Debtford, NJ 08096-3033 |
| 5121241 | + | Sklar Markind, 102 Browning Ln, Cherry Hill, NJ 08003-3195 |
| 5121243 | + | Tower America Urban Renewal Co, 9777 Queens BV, Rego Park, NY 11374-3335 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Oct 17 2025 18:58:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Oct 17 2025 18:58:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Oct 17 2025 18:57:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 17 2025 18:58:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| 5121221 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 19:21:13 | Best Buy, PO Box 70601, Philadelphia, PA 19176-0601 |
| 5121223 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 19:10:53 | CBNA, 50 NORTHWEST POINT ROAD, Elk Grove Village, IL 60007-0000 |
| 5121225 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 17 2025 18:58:00 | CREDIT COLLECTION SERVICES, 725 CANTON ST, Norwood, MA 02062-2679 |
| 5121222 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0104-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: pdf001 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 17 2025 19:10:40 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 5131583 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 19:21:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5121230 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 18:57:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, POST OFFICE BOX 7346, Philadelphia, PA 19101-7346 |
| 5121232 | ^ | MEBN | Oct 17 2025 18:54:44 | JEFFERSON HEALTH, 833 CHESTNUT ST STE 115, Philadelphia, PA 19107-4401 |
| 5121237 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 19:21:18 | Pay Pal, PO Box 71707, Philadelphia, PA 19176-1707 |
| 5121239 | ^ | MEBN | Oct 17 2025 18:54:04 | QUALITY ASWSET RECOVERY LLC, PO BOX 239, Gibbsboro, NJ 08026-0239 |
| 5121240 | | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2025 18:57:00 | SHELLPOINT, PO BOX 619063, Dallas, TX 75261-9063 |
| 5189321 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 17 2025 18:57:00 | State of New Jersey Division of Taxation, 3 John Fitch Way P.O. Box 245, Trenton, NJ 08695-0245 |
| 5121242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 19:21:19 | SYNCB/PPC, PO BOX 530975, Orlando, FL 32896-0001 |
| 5121244 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 17 2025 19:21:26 | WELLS FARGO BANK, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Earl Geertgens |
| cr | | Tama Geertgens |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES P GILMORE | on behalf of Creditor Earl Geertgens cpg@go-law.com  yalfonseca@go-law.com |

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf001 | Total Noticed: 36 |

MONSITA LECAROZ ARRIBAS
   ustpregion21.hr.ecf@usdoj.gov

SARAH M VEGA BONILLA
   on behalf of Creditor MCLP Asset Company Inc. svega@martineztorreslaw.com
   santosezdocs@gmail.com;ecruz@martineztorreslaw.com;ezdocsatty1@gmail.com;jrico@martineztorreslaw.com;rmelendez@martineztorreslaw.com

WIGBERTO LUGO MENDER
   trustee@lugomender.com wlugo@ecf.axosfs.com

Warren Wolf
   on behalf of Creditor Earl Geertgens wwolf@goldbergwolf.com


TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

RIC F MALIK

xx-xx-1283

          Debtor(s)

CASE NO. 23-03241-ESL7

Chapter 7

FILED & ENTERED ON OCT/17/2025

ORDER

The motion requesting reconsideration of dismissal filed by Debtor (Docket Entry #189) is hereby denied. The debtor's request to reconsider the dismissal order entered on September 12, 2025 (dkt. #183) is denied for the reasons stated in the opposition filed by Earl and Tama Geertgens (dkt. #191), with which this court agrees and adopts. Moreover, the allegations in debtor's motion do not move the court to alter in any way its findings and conclusions in the dismissal order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17 day of October, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge